MINUTE ENTRY on bench trial - day 1. Attorney Jay Sorensen was present with Plaintiff. Attorney Vicente Salas was present on behalf of Defendants. Attorney Salas argued Motion in Limine Objection to Use of Time Sheets. Attorney Sorensen argued on behalf of the Plaintiff. Court, after hearing oral argument, granted the motion. Plaintiff's Exhibit #28 will not be admitted. Attorney Sorensen moved to exclude witnesses from the Courtroom. There being no objection, Court so ordered. Attorney Sorensen began opening statement at 10:30 a.m. and concluded at 11:40 a.m. Attorney Salas began opening statement at 11:40 a.m. and ended at 12:00 noon.

Court recessed for lunch at 12:00 and reconvened at 1:40 p.m.

Attorney Salas informed the Court that the interpreter/checker of the Japanese language for the defense was now present in the Court. Aaron Ellis was sworn as interpreter/translator of the Japanese language. Attorney Sorensen called witness:

KAYOKO SUNAGA. Ms. Kio Fuji was sworn as interpreter/translator of the Japanese language. DX.

Court recessed for afternoon break at 3:40 p.m. and reconvened at 3:55 p.m.

Attorney Sorensen continued DX of Ms. Sunaga. Reference to Ex. #5 (Papers found by Ms. Sunaga relating to her husband's business).

Court ordered all parties to return to the Court tomorrow at 9:00 a.m. to continue trial.; [MGM EOD 04/02/2001]