MINUTE ENTRY on bench trial - day 2. Attorney Jay Sorensen was present with Plaintiff. Attorney Vicente Salas was present on behalf of Defendants.

Aaron Ellis was present as interpreter/translator.

Attorney Sorensen continued DX of Ms. Sunaga. CX.

Court recessed at 10:25 a.m. for morning break and reconvened at 10:50 a.m.

Attorney Salas continued CX of Ms. Sunaga.

Court recessed at 11:45 a.m. for lunch break and reconvened at 1:35 p.m.

Attorney Sorensen began RDX.

Attorney Sorensen called witness:

TAKAYUKI NIIZEKI. President of Marianas Hotel Services, Inc. DX. Ref. to Ex. #1; (Power of Attorney given to Fujii by Niizeki). Attorney Sorensen moved that Ex. #1 be admitted into evidence, there being no objection, Court so ordered. Attorney Sorensen moved that Ex. #2 be admitted into evidence, there being no objection, Court so ordered. Ref. to Ex. #15. Ref. to Ex. #3. Attorney Sorensen moved that Ex. #3 be admitted into evidence, there being no objection, Court so ordered. Ref. to Ex. #4. Attorney Sorensen moved that Ex. #4 be admitted into evidence, there being no objection, Court so ordered.

Court recessed at 3:00 p.m. for afternoon break and reconvened at 3:20 p.m.

Attorney Sorensen continued with DX of Mr. Niizeki. CX. RDX. RCX. RDX.

Court ordered all parties to return to the Court tomorrow at 8:30 a.m. to continue trial.; [MGM EOD 04/03/2001]