MINUTE ENTRY on bench trial - day 3. Attorney Jay Sorensen was present with Plaintiff. Attorney Vicente Salas was present on behalf of Defendants. Attorney Sorensen called witness:

HIDEO FUJII. (Plaintiff.) DX. Ref. to Ex. 27. Attorney Sorensen moved to admit Ex. 27 into evidence. Defense objected. Attorney Sorensen stated that he would reserve and move Ex. 27 into evidence at a later time. Ref. to Ex. 7. Attorney Sorensen moved to admit Ex. 7 into evidence; Defense objected; Court received Ex. 7. Reference to Ex. 6. Attorney Sorensen moved to admit Ex. 6 into evidence; Defense objected.

Court recessed for morning break at 10:00 a.m. and reconvened at 10:20 a.m.

Attorney Sorensen and Attorney Salas discussed the admissibility of Ex. 6 over the break time and Attorney Salas still objected. Court did not accept Ex. 6 at this time in the trial. Attorney Sorensen continued DX of Mr. Fujii. Ref. to Ex. 18. (Temporary Work Authorization Forms). Ref. to Ex. 8. Attorney Sorensen moved to admit Ex. 8 into evidence, there being no objection, Court so ordered. Ref. to Ex. 19. Attorney Sorensen moved to admit Ex. 19 into evidence, there being no objection, Court so ordered. Ref. to Ex. 21 (Papers relating to Loan to MHS by NIS). Attorney Sorensen moved to admit Ex. 21 into evidence; Defense objected, Court did not rule at this time.

Court recessed at 12:00 noon and reconvened at 1:35 p.m.

Attorney Sorensen continued DX of Mr. Fujii. Ref. to Ex. 10. Attorney Sorensen moved to admit Ex. 10 into evidence, there being no objection, Court so ordered. Ref. to Ex. 9. Attorney Sorensen moved to admit Ex. 9 into evidence, there being no objection, Court so ordered. Ref. to Ex. 15. Attorney Sorensen moved to admit Ex. 15 into evidence, there being no objection, Court so ordered. Ref. to Ex. 17. Attorney Sorensen moved to admit Ex. 17 into evidence, there being no objection, Court so ordered. Ref. to Ex. 12 (Series of faxes sent to Mr. Nakamura). Attorney Sorensen moved to admit Ex. 12 into evidence, Defense objected because the faxes were in Japanese and hadn't been translated. Attorney Sorensen examined the witness as to the contents of the faxes. No objection by defense. Court so ordered.

Court recessed at 3:00 p.m. and reconvened at 3:20 p.m.

Attorney Sorensen continued with DX of Mr. Fujii. Ref. to Ex. 16 (Papers relating to OSHA inspection, etc.) Attorney Sorensen moved to admit Ex. 16 into evidence, there being no objection, Court so ordered.

Court ordered all parties to return to the Court tomorrow at 9:00 a.m. to continue trial.; [MGM EOD 04/04/2001]