MINUTE ENTRY on bench trial - day 5.  Attorney Jay Sorensen was present with Plaintiff.  Attorney Vicente Salas was present on behalf of Defendants.  Attorney Salas continued his CX of Mr. Fujii. Ref. to Ex. 6, 1, and Ex. M.  Court recessed for morning break at 10:55 a.m. and reconvened at 11:15 a.m.  Attorney Salas continued with the CX of Mr. Fujii.  Court recessed at 11:45 a.m. and reconvened at 1:31 p.m.  Attorney Salas continued with the CX of Mr. Fujii.  Attorney Salas moved that Ex. M be admitted into evidence, Attorney Sorensen objected.  Court received Ex. M.  Ex. N - Summary of receipts of night club activity of the witness.  Ref. to Ex. O, P, Q, R.  Court recessed at 3:15 p.m. and reconvened at 3:30 p.m.  Attorney Salas and Attorney Sorensen made a joint request to the Court to suspend the trial until Monday in order for the parties to have some discussion.  Court so ordered.  Attorney Salas moved to admit Exhibits A through K and N through R.  Defense wanted to review the exhibits because there were some that they needed to make objections.  Court stated that the issue would be revisited when Court resumes this trial on Monday morning at 9:00 a.m.  Court ordered all parties to return to the Court on Monday, April 9th at 9:00 a.m. to continue trial.;   [MGM EOD 04/06/2001]