MINUTE ENTRY on bench trial - day 6.  Attorney Jay Sorensen was present with Plaintiff.  Attorney Vicente Salas was present on behalf of Defendants.  Defendant moved for admission of Exs. A to K, N to R.  Plaintiff objected to Ex. "Q". and argued against its admission.  Defendant replied. Over objection, "Q" is admitted in evidence.  Defendant's continued cross examination of plaintiff Hideo Fujii.  Ex. "S" Except of Declaration of Hideo Fujii dated 01/29/01.  Ex. "T" NIS Logbook.  Court recessed at 10:30 a.m. and it resumed at 10:55 a.m.  Ex. "U" Request for Training Payment.  Ex. "V" Facsimile message to Niizeki re request for payment approval.  Ex. "W" Letter from Bank of Hawaii.  Ex. "X" Letters.  Defendant moves to admit S, T, U, V, W and X.  Plaintiff objected to W and X.  Court will admit Exs. S, T, U and V without objection, and on objection will deny the admission of W and X.  Court recessed at 11:55 a.m. and it resumed at 1:30 p.m.  Redirect examination of Plaintiff Hideo Fujii by Mr. Sorensen.  Ex. "26" Copy of check for $50,000, check stub and receipt.  RCX by Mr. Salas.  Court questioned witness.  Re-Redirect by Mr. Sorensen.  Re-Recross by Mr. Salas - Ex. "29".  Court recessed at 2:50 p.m. and it resumed at 3:25 p.m.  Plaintiff moved to admit exhibits 6, 7, 22, 26 & 27 and without objections from the defendant, court admitted them in evidence.  Plaintiff on the motion by defendant for judgment on partial findings stated that he had just been served with a copy of the motion and would need additional time to respond. Court noted that defendant's motion for judgment on partial findings appears to be under Rule 52c of the FRCvP and will rule on the basis of evidence presented by the plaintiff.  Court will grant the motion on a technical reason of coming into court with unclean hands doctrine.  Court will refer this case to NLRB for whatever action they may want to take.  Case is dismissed with prejudice.;   [MGM EOD 04/09/2001]