FILED
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HIDEO FUJI, | ) | CIVIL CASE NO. 00-0015 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| MARIANAS HOTEL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of Dec_____, 2005.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

LIST AO 187

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| HIDEO FUJII -v- MARIANAS HOTEL SERVICES, CO., LTD. | | | | District Court NORTHERN MARIANA ISLANDS | |
| Plaintiff's Attorney Sorensen, Esq. | | Defendant's Attorney Vicente Salas, Esq. | | Docket Number CV-00-0015 | |
| | | | | Trial Date(s) April 2, 3, 4, 5, 6, 9, 2001 | |
| Presiding Judge Alex R. Munson | | Court Reporter Sanae N. Shmull | | Courtroom Deputy K. Lynn Lemieux | |

| PLF. NO. | DEF. NO. | MARKED | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (1) Kayoko Sunaga - 04/03/01 |
| | | | | | (2) Takayuki Niizeki - 04/03/01 |
| 1 | | 04/03/01 | 04/03/01 | 04/03/01 | Copy of General Power of Attorney (Given to Fujii by Niizeki) dated September 9, 1997 |
| 2 | | 04/03/01 | 04/03/01 | 04/03/01 | Micronesian Manpower Agency - Certificate of Incorporation |
| 3 | | 04/03/01 | 04/03/01 | 04/03/01 | Annual Corporation Report - Niizeki International Saipan |
| 4 | | 04/03/01 | 04/03/01 | 04/03/01 | Annual Corporation Report - Marianas Hotel Services Co. |
| | | | | | (3) Hideo Fujii - 04/03/01 |
| 27 | | 04/04/01 | 04/04/01 | | Employment Contracts between Hideo Fujii and NIS |
| 7 | | 04/04/01 | 04/04/01 | 04/04/01 | Agreement and Communications with Tripura Employment |
| 6 | | 04/04/01 | 04/04/01 | 04/09/01 | Loan and Assistance Agreement dated June 15, 1997 |
| 13 | | 04/04/01 | 04/04/01 | 04/04/01 | Memo of October 10, 1997 re Cessation of Acceptance of Applications for NRW for Manpower |
| 18 | | 04/04/01 | 04/04/01 | | Temporary Work Authorization Forms to MHS for Security Guards |
| 8 | | 04/04/01 | 04/04/01 | 04/04/01 | Service Agreements by MHS and Clients |
| 19 | | 04/04/01 | 04/04/01 | 04/04/01 | Letter regarding 100,000 cash bond - Letter to Gil San Nicolas, etc. |
| 21 | | 04/04/01 | 04/04/01 | | Papers relating to procuring a loan for MHS from NIS for $100,000 |
| 10 | | 04/04/01 | 04/04/01 | 04/01/01 | Proposal to Dai Ichi Hotel of September 16, 1997 |
| 9 | | 04/04/01 | 04/04/01 | 04/04/01 | (Except last page) Financial Projections |
| 15 | | 04/04/01 | 04/04/01 | 04/04/01 | Progress Report given to Mr. Niizeki (translated by Ms. Fujii) |
| 17 | | 04/04/01 | 04/04/01 | 04/04/01 | Lease Agreement for Barracks of July 6, 1998 |
| 12 | | 04/04/01 | 04/04/01 | 04/04/01 | Series of faxes sent to Mr. Nakamura (in Japanese) |
| 16 | | 04/04/01 | 04/04/01 | 04/04/01 | Papers relating to OSHA inspection, etc. |
| 23 | | 04/05/01 | 04/05/01 | 04/05/01 | Notes of meeting with S. Nakamura re NLRB hearing |
| 5 | | 04/05/01 | 04/05/01 | 04/05/01 | Minutes of Meeting with President Nakamura dated June 12, 1997 |
| 24 | | 04/05/01 | 04/05/01 | 04/05/01 | Notes of meeting with Iwabuchi re: NLRB |
| | A | 04/05/01 | 04/05/01 | 04/09/01 | Curriculum Vitae of Hideo Fujii |
| | B | 04/05/01 | 04/05/01 | 04/09/01 | Resume of Hideo Fuji dated May 26, 1996 |
| | C | 04/05/01 | 04/05/01 | 04/09/01 | Letter addressed to Hideo Fujii - re outstanding amount due |
| | D | 04/05/01 | 04/05/01 | 04/09/01 | Postal Card |
| | E | 04/05/01 | 04/05/01 | 04/09/01 | Undated memorandum from E.A.C. |
| | F | 04/05/01 | 04/05/01 | 04/09/01 | Employment Contract & Other Request submitted 6/12/98. |
| | G | 04/05/01 | 04/05/01 | 04/09/01 | Memorandum dated 09/28/98 from Hideo Fujii to Mr. Seiji Nakamura. |
| | H | 04/05/01 | 04/05/01 | 04/09/01 | Fax Transmittal to Nakamura - September 28, 1998 |
| | I | 04/05/01 | 04/05/01 | 04/09/01 | August 12, 1998 - Letter to Nakamura regarding request for sick leave |
| | J | 04/05/01 | 04/05/01 | 04/09/01 | Fax Transmittal to Fujii from Takayuki Niizeki dated 11/29/99 |
| | K | 04/05/01 | 04/05/01 | 04/09/01 | Fax Transmittal to Takayuki Niizeki from Fujii sent on 11/27/99 |
| | L | 04/05/01 | 04/05/01 | 04/05/01 | Agreement Not to Prosecute for Perjury signed by Hideo Fuji on 08/04/00 |
| | M | 04/06/01 | 04/06/01 | 04/06/01 | NLRB Documents |
| | N | 04/06/01 | 04/06/01 | 04/09/01 | Summary of Receipts of Night Club Activity of Mr. Fujii |

| | | | | | |
|---|---|---|---|---|---|
| HIDEO FUJII -v- MARIANA HOTEL SERVICES, CO., LTD. | | | | District Court NORTHERN MARIANA ISLANDS | |
| Plaintiff's Attorney Sorensen, Esq. | | | Defendant's Attorney Vicente Salas, Esq. | Docket Number CV-00-0015 | |
| | | | | Trial Date(s) April 2, 3, 4, 5, 6, 9, 2001 | |
| Presiding Judge Alex R. Munson | | | Court Reporter Sanae N. Shmull | Courtroom Deputy K. Lynn Lemieux | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | O | 04/06/01 | 04/06/01 | 04/09/01 | Letters regarding acquaintances of Hideo Fujii in Saipan nightclubs |
| | P | 04/06/01 | 04/06/01 | 04/09/01 | Daily Sales Report GIG |
| | Q | 04/06/01 | 04/06/01 | 04/09/01 | Cash Sales Receipts for GIG/Summary |
| | R | 04/06/01 | 04/06/01 | 04/09/01 | Letter regarding GIG Cashier |
| | | | | | Continued Cross-Examination of Hideo Fujii - 04/09/01 |
| | S | 04/09/01 | 04/09/01 | 04/09/01 | Excerpts of Declaration of Hideo Fujii dated 01/29/0. |
| | T | 04/09/01 | 04/09/01 | 04/09/01 | NIS Logbook |
| | U | 04/09/01 | 04/09/01 | 04/09/01 | Request for Training Payment |
| | V | 04/09/01 | 04/09/01 | 04/09/01 | Facsimile message to Niizeki requesting for payment approval |
| | W | 04/09/01 | 04/09/01 | DENIED 4/9 | Letter from Bank of Hawaii |
| | X | 04/09/01 | 04/09/01 | DENIED 4/9 | Letters |
| 26 | | 04/09/01 | 04/09/01 | 04/09/01 | Copy of check of $50,000, check stub and receipt. |
| 29 | | 04/09/01 | 04/09/01 | 04/09/01 | Billings from Attorney Vicente Salas |
| 22 | | 04/09/01 | 04/09/01 | 04/09/01 | Affidavit of Masayuki Niizeki |